IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN ZARAGOZA, | ) | 1:08cv01506 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | EXTENSION OF TIME |
| | ) | (Document 16) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On June 29, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an

extension of time to serve his confidential letter brief up to and including August 1, 2009.  Plaintiff

explains that his counsel has a scheduled vacation and needs additional time to review the file and

prepare the confidential letter brief.  The parties' request is GRANTED.  Plaintiff SHALL serve his

confidential letter brief on Defendant on or before August 1, 2009.


IT IS SO ORDERED.

        **Dated:   June 30, 2009**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1