LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: Mark.Win@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JUAN ZARAGOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:08cv1506-AWI-DLB<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days, up to and including December 9, 2009, to respond to Plaintiff's motion for summary judgment. The undersigned assigned counsel for Defendant seeks this extension due to the press of workload, including a high volume of other disability matters in federal district court and several federal employment cases currently being litigated in administrative proceedings and in federal district court.

//

//

//

Respectfully submitted,

FRAILING, ROCKWELL, KELLY & DUARTE

Dated: November 9, 2009         /s/ *Sharon E. Kelly*
                                (As authorized via telephone)
                                SHARON E. KELLY
                                Attorney for Plaintiff

Dated: November 9, 2009         LAWRENCE G. BROWN
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ *Mark A. Win*
                                MARK A. WIN
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **November 10, 2009**           **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE